**UNITED STATES BANKRUPTCY COURT, SOUTHERN DISTRICT OF FLORIDA**
www.flsb.uscourts.gov
**CHAPTER 13 PLAN (Individual Adjustment of Debts)**

    __2nd__  Amended Plan (Indicate 1st, 2nd, etc. amended, if applicable)
    _____ Modified Plan (Indicate 1st, 2nd, etc. amended, if applicable)

DEBTOR: Von D. Mizell, Jr.  JOINT DEBTOR: _____  CASE NO.: 11-19713-RAM
Last Four Digits of SS# 1968  Last Four Digits of SS# _____

**MONTHLY PLAN PAYMENT:** Including trustee's fee of 10% and beginning 30 days from filing/conversion date, Debtor(s) to pay to the trustee for the period of _____ months. In the event the trustee does not collect the full 10%, any portion not collected will be paid to creditors pro-rata under the plan:
  A. $ __121.55__ for months __1__ to __60__ ;
  B. $ _____ for months _____ to _____ ;
  C. $ _____ for months _____ to _____ ; in order to pay the following creditors:

Administrative: Attorney's Fee - $ __0__ TOTAL PAID $ __0__
    Balance Due $ __None__ payable $ _____ /month (Months ____ to ____)

Secured Creditors: [Retain Liens pursuant to 11 U.S.C. §1325 (a)(5)] Mortgage(s)/Liens on Real or Personal Property:

**IF YOU ARE A SECURED CREDITOR LISTED BELOW, THE PLAN SEEKS TO VALUE THE COLLATERAL SECURING YOUR CLAIM IN THE AMOUNT INDICATED. A SEPARATE MOTION WILL ALSO BE SERVED ON YOU PURSUANT TO BR 7004 and LR 3015-3.**

| Secured Creditor | Description of Collateral and Value of Collateral | Interest Rate | Plan Payments | Months of Payment | Total Plan Payments |
|---|---|---|---|---|---|
| **Greymar Associates, LLC** | **18435 N W 42nd Place OPA LOCKA, FL 33055**<br><br>**$92,091.00** | 3.25% | $109.50 | __1__ To __60__ | $6,570.08 |
| **American Investment Services** | **18435 N W 42nd Place OPA LOCKA, FL 33055**<br><br>**$92,091.00** | $0 | $0 | __1__ To __60__ | $0 |

**Priority Creditors:** [as defined in 11 U.S.C. §507]

1. NONE _____ Total Due $ _____
     Payable  $ _____ /month (Months ____ to ____) Regular Payment $ ____

**Unsecured Creditors:** Pay $ __1__ /month (Months __1__ to __60__).

**Pro rata dividend will be calculated by the Trustee upon review of filed claims after bar date.**

**Other Provisions Not Included Above:**

**Special Intentions:**

**The debtor will provide copies of her income tax returns, if any, to the Chapter 13 Trustee on or before May 15 during the pendency of the plan. The debtors will amend Schedule I and J and modify the plan if necessary**

**I declare that the foregoing chapter 13 plan is true and correct under penalty of perjury.**

  __/s/_____    _____
**Debtor**             **Joint Debtor**
**Date:** __12/13/11__       **Date:** _____

LF-31 (rev. 01/08/10)