United States Bankruptcy Court
Southern District of Florida

In re:                                                                         Case No. 11-19713-RAM
Von D. Mizell                                                                  Chapter 13
        Debtor

## CERTIFICATE OF NOTICE

District/off: 113C-1           User: pittmanl           Page 1 of 2           Date Rcvd: Feb 28, 2012
                               Form ID: pdf004          Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 01, 2012.
db         +Von D. Mizell, Jr.,   18435 N W 42nd Place,   Opa Locka, FL 33055-3007
           +Carolina A. Lombardi,   3000 Biscayne Blvd #500,   Miami, FL 33137-4129

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                             TOTAL: 0

           ***** BYPASSED RECIPIENTS *****
NONE.                                                                                             TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Mar 01, 2012**                        **Signature:** _Joseph Speetjens_

```
District/off: 113C-1           User: pittmanl              Page 2 of 2               Date Rcvd: Feb 28, 2012
                               Form ID: pdf004             Total Noticed: 2
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 28, 2012 at the address(es) listed below:

        Jacqueline C Ledon    on behalf of Debtor Von Mizell jledon@lsgmi.org, crodriguez@lsgmi.org
        Nancy N Herkert    e2c8f01@ch13herkert.com
        Office of the US Trustee    USTPRegion21.MM.ECF@usdoj.gov

        TOTAL: 3



ORDERED in the Southern District of Florida on February 27, 2012.

Robert A. Mark, Judge
United States Bankruptcy Court

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
www.flsb.uscourts.gov

In re:  Von D. Mizell, Jr.                                 Case No. 11-19713-RAM
                                                           Chapter 13

                    Debtor.
_____/

### ORDER GRANTING DEBTOR'S EX-PARTE MOTION TO SUBSTITUTE COUNSEL

THIS CAUSE came to be heard on Debtor's Ex-Parte Motion to Substitute Counsel, and it is **ORDERED** that:

1. Debtor's Ex-Parte Motion to Substitute Counsel is granted and Attorney Carolina A. Lombardi is allowed to substitute for Jacqueline Ledon as counsel for debtor.

###

Attorney Carolina A. Lombardi is directed to mail a conformed copy
of this Order to all interested parties immediately upon receipt of this Order.