**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**MIAMI DIVISION**
www.flsb.uscourts.gov

In re: Von D. Mizell, Jr.,                              Case No. 11-19713  RAM

_____Debtor_____/

## DEBTOR'S MOTION TO MODIFY CHAPTER 13 PLAN

Pursuant to Local Rule 9013-1, debtor Von D. Mizell, Jr. moves the Court to modify his Chapter 13 Plan, and in support of the motion states:

1. Debtor proposes to modify his Plan to conform with the Trustee's Notice dated February 2, 2015.

        Respectfully submitted,
        LEGAL SERVICES OF GREATER
        MIAMI, INC.

        By _____/s/_____
          Carolina A. Lombardi
          Florida Bar No.  241970
          Attorney for Debtor
          3000 Biscayne Boulevard
          Suite 500
          Miami, FL 33137
          Telephone: (305) 438-24
          Primary Email: CLombardi@lsgmi.org
          Secondary Email: SFreire@lsgmi.org